UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **EMERARDO MAGANA-GARCIA,** *Petitioner*, <br><br> v. <br><br> **PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL IN HER OFFICIAL CAPACITY,** *Respondents,* | § § § § § § § § § § § § § <br><br> No. 1:26-CV-00051-ADA-DH |

## ORDER SETTING HEARING

**IT IS ORDERED THAT** the Plaintiffs Petition for Habeas Corpus, (Dkt. 1) is set for an in person hearing on **Wednesday, January 28, 2026, at 1:00 p.m.** The parties should be prepared to discuss at the hearing the petition. The hearing will last no more than 1 hour with each side afforded 30 minutes to make their arguments.

Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to Judge Howell's Courtroom Deputy, Victoria Rivera, at victoria_rivera@txwd.uscourts.gov by 5:00 p.m. of the business day prior to the hearing.

1

**SIGNED** January 20, 2026.

---

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE